**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 4, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00411-CV

## LARRY A. SELIGMANN, LASCO DEVELOPMENT CORPORATION, YORKTOWN HWY 6 GP, INC., Appellants

### V.

## BANCORPSOUTH BANK, N.A., Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-09575**

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 7, 2022. On July 14, 2022, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.